IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NAZARIO BROOKS, a/k/a :
DWIGHT BROOKS, :
       Plaintiff, : 1:18-cv-1678
 :
v. : Hon. John E. Jones III
 :
LIEUTENANT SEYMORE OF SCI- :
ROCKVIEW, :
       Defendant. :

## **ORDER**

**August 29, 2018**

NOW THEREFORE, upon consideration of Plaintiff's Second Amended Complaint (Doc. 2), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's Second Amended Complaint (Doc. 2) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this Order is DEEMED frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3).

                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge